DAVID B. BARLOW, United States Attorney (#13117)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 2:13CR 717 TS |
|---|---|---|
| Plaintiff, | : | |
| v. | : | **ERRATA** -- NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| SIMMON WILCOX, | : | |
| Defendant. | : | |
| | : | Judge Stewart |
| | : | |

The United States of America, by and through the undersigned, hereby files this Errata regarding Notification of Compliance. It was filed in error. It will be refiled at a later date.

DATED this 26th day of November, 2013.

                                                    DAVID B. BARLOW
                                                    United States Attorney

                                                    _/s/ Vernon G. Stejskal_
                                                    VERNON G. STEJSKAL
                                                    Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing ERRATA NOTIFICATION OF COMPLIANCE was made available to all parties named below, this 26th day of November, 2013.

Counsel for Defendant Wilcox

/s/ Cindy L. Dobyns
Supervisory Lead Criminal Legal Assistant