DAVID B. BARLOW, United States Attorney (#13117)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. SIMMON WILCOX, et al., Defendants. | Case No. 2:13 CR 717 TS SUPPLEMENTAL NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY Judge Stewart |
|---|---|

The United States of America, by and through the undersigned, hereby files its supplemental notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Number |
|---|---|
| Discovery produced:    NOC 03  **Supplemental DEA 6s – 19 pages** | WLCX-RPT-001852 – WLCX-RPT-001870 |

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.    A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable

time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

        The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

    DATED this 14th day of April, 2014.

                                        DAVID B. BARLOW
                                      United States Attorney

                                      */s/ Vernon G. Stejskal*
                                      VERNON G. STEJSKAL
                                      Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was made available to all parties named below, this 14th day of April, 2014.

| | |
|---|---|
| Vanessa M. Ramos<br>*Attorney for Def. Wilcox (1)*<br>46 W. Broadway, Suite 110<br>Salt Lake City, Utah 84101<br>Vanessa_ramos@fd.org | Steven B. Killpack<br>*Attorney for Def. Ben Grisel (2)*<br>43 East 400 South<br>Salt Lake City, Utah 8411<br>killpack@rocketmail.com |
| Thomas D. Weber<br>*Attorney for Def. Brenda Grisel (3)*<br>8813 S. Redwood Road, Suite C2<br>West Jordan, Utah 84088<br>twutahlaw@gmail.com | Jon D. Williams<br>*Attorney for Def. Hales (4)*<br>9 Exchange Place, Suite 600<br>Salt Lake City, Utah 84111<br>jwilliam@lawyer.com |
| Ryan Stout<br>*Attorney for Def. Perkins (5)*<br>132 W. Tabernacle Bldg. B<br>St. George, Utah 84770<br>Ryanstout13@hotmail.com | Michael Langford<br>*Attorney for Def. Ayrton (6)*<br>9 Exchange Place, Suite 650<br>Salt Lake City, Utah 84111<br>Michael@mjl_law.com |

*/s/ Yvette Laughter*
Litigation Support Specialist