IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMMON LEE WILCOX,<br><br>Defendant. | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>Case No. 2:13-CR-717 TS<br><br>Magistrate Judge Paul M. Warner |

Based upon motion of Defendant, Simmon Lee Wilcox, and good cause appearing therefore;

IT IS HEREBY ORDERED that:

1. The drug and alcohol testing requirement is removed; and

2. The travel restrictions are modified to allow Defendant to travel between Nevada, California, Utah and Arizona without prior approval of Pre-trial Services.

All other provisions of the Defendant's supervised release shall remain in effect.

DATED this _____ day of July, 2014.

BY THE COURT:

HONORABLE PAUL M. WARNER
United States Magistrate Judge