IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SIMMON LEE WILCOX,<br><br>　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DISMISSING FOR LACK OF JURISDICTION DEFENDANT'S PRO SE MOTION FOR OFFENSE LEVEL REDUCTION<br><br>Case No. 2:13-CR-717 TS<br><br>District Judge Ted Stewart |

　　　　This matter is before the Court on Defendant's pro se Motion for Offense Level Reduction Based on Amended Commentary to § 3E1.1. Defendant seeks a modification pursuant to 18 U.S.C. § 3582(c)(2), which permits a sentence modification "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission" when "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

　　　　"To be eligible for a sentence reduction under § 3582(c)(2), the applicable Guidelines range must have been lowered by an amendment to the Guidelines listed in § 1B1.10(d) of the Guidelines Manual."[1] Defendant's Motion appears to rely on Sentencing Guidelines Amendment 810, which recently clarified the commentary to Sentencing Guideline § 3E1.1. Amendment 810 is not listed in § 1B1.10(d) and, therefore, Defendant is not entitled to relief under § 3582(c)(2).[2]

---

[1] *United States v. Washington*, 655 F. App'x 714, 716 (10th Cir. 2016).

[2] *United States v. Avila*, 997 F.2d 767, 768 (10th Cir. 1993).

1

It is therefore

ORDERED that Defendant's pro se Motion for Offense Level Reduction Based on Amended Commentary to § 3E1 (Docket No. 427) is DISMISSED FOR LACK OF JURISDICTION.

DATED this 29th day of November, 2018.

BY THE COURT:

_/s/ Ted Stewart_
Ted Stewart
United States District Judge